**Date:** 11/10/26 **Case:** 1:25-po-2962 **Time:** 2:20-2:37 p.m.

**Judge: William E. Fitzpatrick**

**Tape/Courtroom: FTR/500** **Court Reporter:**

**Hearing:** R5

**Eastern District of Virginia**
**Alexandria Division**
**United States of America**
**v.**
Alexander Colombari

**Participants**

**USA:** Thomas Kersey

**Defense Counsel:** Sean Mitchell-Duty FPD

**Court to appoint counsel:** FPD **Interpreter:** Minh Nguyen ☐Conflict

**Language:** French

☐Defendant did not appear ☐Warrant to be issued upon probable cause statement

☐Government motion to continue hearing – GRANTED

**Advisement**

x-Rule 5 **x-Due Process Order read/signed**

**Dismissal**

☐Case dismissed with prejudice ☐Case dismissed without prejudice

**Plea**

☐ Consent to trial before a USMJ (orally) Plea entered, Court accepts plea

Plea of Guilty to Count(s): ☐Dismissal of Count(s):

☐ Sentence:

☐ Order setting conditions of release

**Trial**

Matter set for bench trial: ☐Matter set for jury trial:

☐Motions due : ☐Responses due:

Govt adduced evidence and rests

Trial held and completed

☐Not Guilty of Count(s):

Guilty of Count(s):

☐Dismissal of Count(s):

Deft advised of appeal rights

Sentence:

**Future Proceedings**

**Notes:** Deft orally requests an amendment to a condition of Bond previously set in USDC of New Jersey; USA does not object-Granted (see Order for details); all other conditions remain the same. Matter set for a Status Hearing on 11/17/26 @ 10am w/WEF.